# United States District Court
# Eastern District of California

Loriann Eichenberger,

Plaintiff(s)

V.

NorthBay Healthcare Corporation, et al.,

Defendant(s)

Case Number: 2:26-CV-02677-DAD-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, R. Blake Crohan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

NorthBay Healthcare Corporation and the NorthBay Healthcare Retirement Plan Committee

On 1/21/2021 (date), I was admitted to practice and presently in good standing in the Georgia Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/29/2026

Signature of Applicant: /s/ R. Blake Crohan

**Pro Hac Vice Attorney**

Applicant's Name: R. Blake Crohan

Law Firm Name: Alston & Bird LLP

Address: 1201 West Peachtree Street, Suite 4900

City: Atlanta State: GA Zip: 30309

Phone Number w/Area Code: (404) 881-7000

City and State of Residence: Marietta, GA

Primary E-mail Address: blake.crohan@alston.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Emily S. Costin

Law Firm Name: Alston & Bird LLP

Address: 950 F Street, NW

City: Washington State: DC Zip: 20004

Phone Number w/Area Code: (202) 239-3695 Bar # CA 240414

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 29, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT