# United States District Court
# Eastern District of California

Loriann Eichenberger,

Plaintiff(s)

V.

NorthBay Healthcare Corporation, et al.,

Defendant(s)

Case Number: 2:26-CV-02677-DAD-AC

**AMENDED** APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William J. Delany hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants SageView Advisory Group,

On 08/11/2014 (date), I was admitted to practice and presently in good standing in the D.C. Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/22/2026

Signature of Applicant: /s/ William J. Delany

**Pro Hac Vice Attorney**

Applicant's Name: William J. Delany

Law Firm Name: Groom Law Group, Chartered

Address: 1701 Pennsylvania Ave NW

Suite 1200

City: Washington State: D.C. Zip: 20006

Phone Number w/Area Code: (202) 861-6643

City and State of Residence: Rehoboth Beach, Delaware

Primary E-mail Address: WDelany@groom.com

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kathryn E. Panish

Law Firm Name: Groom Law Group, Chartered

Address: 1701 Pennsylvania Ave NW

Suite 1200

City: Washington State: D.C. Zip: 20006

Phone Number w/Area Code: (202) 861-0173 Bar # 324047

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 10, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT